[*Counsel listed on next page.*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMEJOY, INC., a California corporation; DOES 1-50,<br><br>Defendants. | CASE NO. 15-1286-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION STAYING PROCEEDINGS PENDING PRIVATE MEDIATION AND EXTENDING TIME FOR DEFENDANT HOMEJOY, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  March 19, 2015<br>Trial Date:          None set |

| | |
|---|---|
| 1 | SHANNON LISS-RIORDAN, *pro hac vice* anticipated |
| | sliss@llrlaw.com |
| 2 | ADELAIDE PAGANO, *pro hac vice* anticipated |
| | apagano@llrlaw.com |
| 3 | LICHTEN & LISS-RIORDAN, P.C. |
| | 729 Boylston Street, Suite 2000 |
| 4 | Boston, MA 02116 |
| | Telephone: (617) 994-5800 |
| 5 | Facsimile: (617) 994-5801 |
| 6 | MATTHEW CARLSON (SBN 273242) |
| | mcarlson@carlsonlegalservices.com |
| 7 | CARLSON LEGAL SERVICES |
| | 100 Pine Street, Suite 1250 |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 817-1470 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | J.C. IGLESIAS |
| 11 | |
| | PAUL HASTINGS LLP |
| 12 | M. KIRBY C. WILCOX (SB# 078576) |
| | kirbywilcox@paulhastings.com |
| 13 | ZACHARY P. HUTTON (SB# 234737) |
| | zachhutton@paulhastings.com |
| 14 | RYAN C. HESS (SB# 263079) |
| | ryanhess@paulhastings.com |
| 15 | 55 Second Street |
| | Twenty-Fourth Floor |
| 16 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 17 | Facsimile: (415) 856-7100 |
| 18 | ESTHER Y. CHENG (SB# 280547) |
| | esthercheng@paulhastings.com |
| 19 | PAUL HASTINGS LLP |
| | 875 15th Street, N.W. |
| 20 | Washington, DC 20005 |
| | Telephone: 1(202) 551-1700 |
| 21 | Facsimile: 1(202) 551-1705 |
| 22 | Attorneys for Defendant |
| | Homejoy, Inc. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 15-1286-EMC

[PROPOSED] ORDER GRANTING JOINT
STIPULATION STAYING PROCEEDINGS
PENDING PRIVATE MEDIATION

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the stipulation is APPROVED.

IT IS FURTHER ORDERED that (a) this case is stayed for all purposes pending mediation; (b) any scheduled case management conference is vacated; (c) defendant Homejoy, Inc.'s deadline to respond, answer, or otherwise plead in response to plaintiff's Complaint shall be extended until after the mediation; and (d) the statute of limitations on the claims plaintiff asserts on behalf of others under the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, is tolled from the date of this Order through the date of the parties' mediation.

IT IS FURTHER ORDERED that, within 14 days after the mediation concludes, the parties will report back to the Court on the status of the case and whether the stay should be lifted. At that time, if the mediation was unsuccessful, the parties also will propose a deadline for Homejoy to respond, answer, or otherwise plead in response to plaintiff's Complaint.

DATED: 5/1 , 2015.

_____
Judge
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LEGAL_US_W # 81573192.1

```
The parties are ORDERED to file a notice with this Court upon the completion
of mediation.  Mediation to be completed no later than August 31, 2015.
Defendants' answer or appropriate responsive pleading to be filed 14 days
after mediation is completed.  This Court will hold an initial Case
Management Conference on  September 24, 2015 at 9:30 a.m.  An updated
joint CMC statement to be filed by September 17, 2015.
```

Case No. 15-1286-EMC -1- [PROPOSED] ORDER GRANTING JOINT STIPULATION STAYING PROCEEDINGS PENDING PRIVATE MEDIATION