Lesley E. Weaver (State Bar Number 191305)
lweaver@blockesq.com
BLOCK & LEVITON LLP
492 9th Street, Suite 260
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020

Attorney for Plaintiff
(Additional Counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Iglesias v. Homejoy, Inc.*, <br><br> This document relates to: <br><br> *Reyna v. HOMEJOY, INC. (dba HOMEJOY),* <br><br> Case No.: C-15-3405-DMR | Case No. 3:15-cv-01286-EMC <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Nicholas Reyna submits this administrative motion to consider whether *Reyna v. Homejoy, Inc. (dba HOMEJOY)*, C.A. No. C-15-3405-DMR (the *"Reyna Action"*), filed in this District on July 23, 2015, should be related to *Iglesias v. Homejoy, Inc.*, C.A. No. 3:15-cv-02186-EMC (the *"Iglesias Acton"*), filed in this District on March 19, 2015.  Plaintiff's claims arise from the same violations of federal and state labor laws by the same defendant.

-1-

Civil Local Rule 3-12(a) provides that actions are related when:

1. The actions concern substantially the same parties, property, transaction or event; and
2. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Here, both criteria of Rule 3-12 are satisfied. The *Reyna* Action and the *Iglesias* Action share the same or substantially similar allegations of fact and law. Each action names the same defendant and alleges a similar pattern of conduct giving rise to violations of federal and state labor laws. Both cases are brought on behalf of previous Homejoy cleaners alleging that Homejoy misclassified employees and failed to timely pay wages.

Second, if Plaintiff's action were to proceed independently it would result in duplicative motions and discovery because it raises the same, or substantially the same, questions of fact and law. In contrast, consolidation before a single judge will allow conservation of the parties' resources and judicial resources, and avoid the potential for conflicting results. As a result, each action will require adjudication of substantially the same questions of law and fact.

Therefore, because of the nature of the cases, Plaintiff respectfully requests that the *Reyna* Action and the *Iglesias* Action be related.

Dated: July 27, 2015

Respectfully submitted,
NICHOLAS REYNA
By his attorneys,


By: /s/ Lesley E. Weaver

Lesley E. Weaver
**Block & Leviton LLP**
(State Bar No. 191305)
492 9th Street, Suite 260
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland H. Belew (SBN: 293096)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900

-2-

Administrative Motion to Consider Whether Cases Should Be Related
Case No. 3:15-cv-01286, Case No. C-15-3405-DMR

|   |   |
|---|---|
| 1 | |
| 2 | San Francisco, CA 94104 |
|   | Telephone: (415) 986-1400 |
| 3 | Facsimile: (415) 986-1474 |
|   | lori@andrusanderson.com |
| 4 | jennie@andrusanderson.com |
|   | Leland.belew@andrusanderson.com |

Administrative Motion to Consider Whether Cases Should Be Related
Case No. 3:15-cv-01286, Case No. C-15-3405-DMR