PAUL HASTINGS LLP
M. KIRBY C. WILCOX (SB# 078576)
kirbywilcox@paulhastings.com
ZACHARY P. HUTTON (SB# 234737)
zachhutton@paulhastings.com
RYAN C. HESS (SB# 263079)
ryanhess@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

PAUL HASTINGS LLP
ESTHER Y. CHENG (SB# 280547)
esthercheng@paulhastings.com
875 15th Street, N.W.
Washington, DC  20005
Telephone:  1(202) 551-1700
Facsimile:  1(202) 551-1705

Filed on Behalf of Defendant
Homejoy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEJOY, INC.,<br><br>Defendant. | CASE NO. 15-CV-1286-EMC<br><br>**STATUS REPORT OF DEFENDANT HOMEJOY, INC. PURSUANT TO COURT'S MAY 1, 2015 ORDER**<br><br>Judge:              Hon. Edward M. Chen.<br>Department:     5<br>Complaint Filed:  March 19, 2015<br>Trial Date:         None set |

1     On May 1, 2015, the Court entered an Order granting the parties' Joint Stipulation Staying
2  Proceeding Pending Private Mediation and Extending Time for Defendant Homejoy, Inc. to
3  Respond to Complaint ("Order").  The Court ordered that "within 14 days after the mediation
4  concludes, the parties will report back to the Court on the status of the case and whether the stay
5  should be lifted.  At that time, if the mediation was unsuccessful, the parties also will propose a
6  deadline for Homejoy to respond, answer, or otherwise plead in response to plaintiff's
7  Complaint."
8     Pursuant to this Order, Homejoy, Inc. ("Homejoy") now provides the following report:
9     1.   Homejoy has decided to terminate operations at the end of the month, on July 31,
10  2015.
11    2.   On July 27, 2015, the Court granted Paul Hastings LLP's request to withdraw as
12  Homejoy's counsel in this case.
13    3.   In connection with the termination of its operations, Homejoy expects to enter into
14  an Assignment for Benefit of Creditors under California law ("ABC") in the next two weeks.
15  Homejoy has been informed that once it enters into the ABC, the assignee intends to appoint
16  replacement counsel.
17    4.   In light of the foregoing, Homejoy respectfully requests that the current stay be
18  extended another 21 days to allow the assignee to appoint replacement counsel, and that the Court
19  set a deadline to answer, amend, or otherwise response to the Complaint at that time.

DATED:  July 27, 2015         Respectfully submitted,

                              PAUL HASTINGS LLP


                              By:      /s/ Zachary P. Hutton
                                       ZACHARY P. HUTTON

---

Case No. 15-cv-1286-LB         -1-      STATUS REPORT OF HOMEJOY PURSUANT
                                        TO COURT'S MAY 1, 2015 ORDER