1   SHANNON LISS-RIORDAN, *pro hac vice* anticipated
(sliss@llrlaw.com)
2   ADELAIDE PAGANO, *pro hac vice* anticipated
(apagano@llrlaw.com)
3   LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
4   Boston, MA 02116
Telephone:     (617) 994-5800
5   Facsimile:     (617) 994-5801
6

7   MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
8   Carlson Legal Services
100 Pine Street, Suite 1250
9   San Francisco, CA 94111
Telephone:     (415) 817-1470
10

11

12                    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14

15   J.C. IGLESIAS, individually and on behalf of     Case No. 15-CV-1286-EMC
all others similarly situated,
16                                                     **STATUS REPORT OF PLAINTIFFS**
                 Plaintiff,
17                                                     Judge:          Hon. Edward M. Chen
v.                                                    Courtroom:       5
18                                                     Complaint Filed:  March 19, 2015
HOMEJOY, INC.,
19
                 Defendant.
20

21

22

23

24

25

26

27

28                                      1

1   In light of recent developments as reported in Defendant's notice, Plaintiffs have no

2   objection to Defendant's request for a brief extension of the stay in place in the case.

3

4                                                    Respectfully submitted,

5
                                                     J.C. IGLESIAS, individually and on behalf of all
6                                                    others similarly situated,

7                                                    By their attorneys,

8
                                                      /s/ Shannon Liss-Riordan_____
9                                                    Shannon Liss-Riordan, *pro hac vice*
                                                     Adelaide Pagano, *pro hac vice*
10                                                   LICHTEN & LISS-RIORDAN, P.C.
                                                     729 Boylston Street, Suite 2000
11                                                   Boston, MA 02116
                                                     (617) 994-5800
12                                                   Email:  sliss@llrlaw.com, apagano@llrlaw.com

13
                                                     Matthew Carlson (SBN 273242)
14                                                   CARLSON LEGAL SERVICES
                                                     100 Pine Street, Suite 1250
15                                                   San Francisco, CA 94111
                                                     (415) 817-1470
16                                                   Email: mcarlson@carlsonlegalservices.com

17

18  Dated:          July 29, 2015

19

20

21

22

23

24

25

26

27

28