1  PAUL HASTINGS LLP
   M. KIRBY C. WILCOX (SB# 078576)
2  kirbywilcox@paulhastings.com
   ZACHARY P. HUTTON (SB# 234737)
3  zachhutton@paulhastings.com
   RYAN C. HESS (SB# 263079)
4  ryanhess@paulhastings.com
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
6  Telephone:  1(415) 856-7000
   Facsimile:  1(415) 856-7100
7
   PAUL HASTINGS LLP
8  ESTHER Y. CHENG (SB# 280547)
   esthercheng@paulhastings.com
9  875 15th Street, N.W.
   Washington, DC  20005
10  Telephone:  1(202) 551-1700
    Facsimile:  1(202) 551-1705
11
    Filed on Behalf of Defendant
12  Homejoy, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  J.C. IGLESIAS, individually and on behalf of        CASE NO. 15-CV-1286-EMC
    all others similarly situated,
18                                                      **STATUS REPORT OF DEFENDANT
                 Plaintiff,                             HOMEJOY, INC. PURSUANT TO
19                                                      COURT'S MAY 1, 2015 ORDER**
          vs.
20                                                      Judge:           Hon. Edward M. Chen.
    HOMEJOY, INC.,                                      Department:      5
21                                                      Complaint Filed: March 19, 2015
                 Defendant.                             Trial Date:      None set
22

23

24

25

26

27

28

On May 1, 2015, the Court entered an Order granting the parties' Joint Stipulation Staying Proceeding Pending Private Mediation and Extending Time for Defendant Homejoy, Inc. to Respond to Complaint ("Order"). The Court ordered that "within 14 days after the mediation concludes, the parties will report back to the Court on the status of the case and whether the stay should be lifted. At that time, if the mediation was unsuccessful, the parties also will propose a deadline for Homejoy to respond, answer, or otherwise plead in response to plaintiff's Complaint."

Pursuant to this Order, Homejoy, Inc. ("Homejoy") now provides the following report:

1.      Homejoy has decided to terminate operations at the end of the month, on July 31, 2015.

2.      On July 27, 2015, the Court granted Paul Hastings LLP's request to withdraw as Homejoy's counsel in this case.

3.      In connection with the termination of its operations, Homejoy expects to enter into an Assignment for Benefit of Creditors under California law ("ABC") in the next two weeks. Homejoy has been informed that once it enters into the ABC, the assignee intends to appoint replacement counsel.

4.      In light of the foregoing, Homejoy respectfully requests that the current stay be extended another 21 days to allow the assignee to appoint replacement counsel, and that the Court set a deadline to answer, amend, or otherwise response to the Complaint at that time.

DATED: July 27, 2015          Respectfully submitted,

                              PAUL HASTINGS LLP


                              By:_____/s/ Zachary P. Hutton_____
                                        ZACHARY P. HUTTON

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge