SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
Carlson Legal Services
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 817-1470

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.C. IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEJOY, INC.,<br><br>Defendant. | Case No. 15-CV-1286-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>CASE FILED: MARCH 19, 2015<br><br>BEFORE THE HON. EDWARD M. CHEN |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Plaintiff has filed an Administrative Motion for entry of default judgment against Defendant and to reschedule the Case Management Conference.

The Court hereby **GRANTS** Plaintiff's request to ~~enter default judgment against Defendant, and~~ reschedule~~s~~ the Case Management Conference in this matter to ~~October 21,~~ Nov. 19 2015. at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: ___9/29_____, 2015   _____
HON. EDWARD M. CHEN
JUDGE OF THE U.S. DISTRICT COURT

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE