OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** November 19, 2015　　**FTR Time:** 9:35-10:16　　**Judge:** EDWARD M. CHEN
**Case No.**: 15-cv-1286-EMC　　**Case Name:** Iglesias v. Homejoy
　　　　　　　　　　　　　　　and related Case No. 15-3405 EMC Reyna v. Homejoy

**Attorney for Plaintiff:**　　　Shannon Liss-Riordan for Iglesias (by phone)
　　　　　　　　　　　　　　　Lesley Weaver and Lori Andrus for Plaintiff Reyna
**Attorney for Defendant:**　　No appearance

**Deputy Clerk:** Betty Lee　　　　**Court Reporter:** N/A

PROCEEDINGS

CMC

SUMMARY

Defendant terminated its operations and entered into an Assignment for Benefit of Creditors under California Law (ABC).  The Court approved Plaintiffs' request allowing Plaintiffs in both cases to propound third party written discovery by 11/30/15 to determine the size and scope of class, and the amount available for distribution by ABC.  Response to discovery shall be shortened to 21 days (e.g. by 12/21/15.)  Rule 26 initial disclosures requirement is deferred. Named plaintiffs in both cases shall file their motions for default judgment by 1/14/16. Defendant to be noticed by moving parties.  Oppositions due 1/21/16.  Hearing is set for 1/28/16 at 1:30 p.m.  Plaintiffs shall meet and confer to determine how to proceed in view of class allegations.

Further CMC is set for 1/28/16 at 1:30 p.m.   An updated joint CMC statement shall be filed by 1/21/16.