SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
466 Geary Street, Suite 201
San Francisco, CA 04102
Tel: (415) 630-2651

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.C. IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEJOY, INC.,<br><br>Defendant. | Case No. CV 3:15-01286 -EMC<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 12, 2017**<br><br>Date:     January 12, 2017<br>Time:    10:30 AM<br>Place:    Courtroom 5 |

1

PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

Plaintiff hereby respectfully moves the Court to allow Plaintiff's counsel, Shannon Liss-Riordan, to appear by telephone at the upcoming Case Management Conference scheduled for January 12, 2017, at 10:30 AM. In support of this request, Plaintiff's counsel states the following:

Plaintiff's lead counsel is located in Boston, Massachusetts, and believes that appearing by telephone would allow for cost and time savings and will not adversely affect the effectiveness of the Conference. Plaintiff's counsel believes that the pending issues in the case can be effectively and appropriately resolved by telephonic hearing.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Leave to Appear by Telephone at the Upcoming Case Management Conference on January 12, 2017 at 10:30 AM.

Date: January 3, 2017

Respectfully submitted,

J.C. IGLESIAS, individually and on behalf of all others similarly situated,

By their attorneys,

```
IT IS SO ORDERED.  Denied.
CMC reset for 4/13/17
at 10:30 a.m.
```



 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
LICHTEN & LISS-RIORDAN, P.C
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com

Matthew Carlson, (SBN 273242)
(mcarlson@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
466 Geary Street, Suite 201
San Francisco, CA 04102
Tel: (415) 630-2651

2

PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing and first class mail on January 3, 2017, on Defendant's bankruptcy counsel at:

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mail: RB@LNBYB.com; JPF@LNBYB.COM

                          _/s/ Shannon Liss-Riordan_____
                          Shannon Liss-Riordan, Esq.