SHANNON LISS-RIORDAN (SBN 310719)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
sliss@llrlaw.com

*Attorney for Plaintiff J.C. Iglesias*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. IGLESIAS, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>Homejoy, Inc.,<br><br>Defendant. | Case No. 15-CV-1286-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## JOINT STIPULATION

THIS STIPULATION is hereby entered into by and between the plaintiffs in *Reyna v. Homejoy, Inc.*, No. 15-cv-03405-EMC (N.D. Cal.), and *Iglesias v. Homejoy, Inc.*, No. 15-cv-01286-EMC (N.D. Cal.) (together, "Plaintiffs"). Counsel for Defendant Homejoy, Inc. has not appeared.

WHEREAS, on March 27, 2018, the Court entered a Notice (ECF No. 76 in No. 15-cv-03405-EMC) resetting a Further Case Management Conference from April 5, 2018, to April 17, 2018;

WHEREAS, Case Management Statements in both *Reyna* and *Iglesias* are currently due by April 10, 2018 (*id.*);

WHEREAS, Plaintiffs expect to gain their first access to the documents from Homejoy, Inc. on April 17, 2018, and will not have an update for the Court regarding Plaintiffs' review of the documents and potential voluntary dismissals of their claims before the deadline for submission of Plaintiffs' Case Management Statements;

WHEREAS, the parties agree that a continuance of the Case Management Conference will permit more efficient case management, will serve the interests of judicial economy, and will conserve the parties' and the Court's resources.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1. The April 17, 2018, Case Management Conference shall be taken off calendar and rescheduled to April 24, 2018, or such other date and time convenient for the Court.

/
/
/
/
/
/
/
/
/
/

2. Plaintiffs shall file their Case Management Statements on April 17, 2018, or such other date convenient for the Court.

Dated: April 9, 2018

By: */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

Shannon Liss-Riordan (State Bar No. 310719)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
sliss@llrlaw.com

*Attorney for Plaintiff J.C. Iglesias*

By: */s/ Lesley E. Weaver*
Lesley E. Weaver

Lesley E. Weaver (State Bar No. 191305)
Emily C. Aldridge (State Bar No. 299236)
BLEICHMAR, FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
lweaver@bfalaw.com
ealdridge@bfalaw.com

Lori E. Andrus (State Bar No. 205816)
Leland H. Belew (State Bar No. 293096)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
lori@andrusanderson.com
leland.belew@andrusanderson.com

*Attorneys for Plaintiff Nicholas Reyna*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: April __9__, 2018

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*