SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEJOY, INC.,<br><br>Defendant. | Case No. 15-CV-1286-EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>CASE FILED: MARCH 19, 2015<br><br>BEFORE THE HON. EDWARD M. CHEN |

**[~~PROPOSED~~] ORDER**

Plaintiff has filed a notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant Homejoy, Inc. has not served an answer or motion for summary judgment in the above-captioned action.  Pursuant to Plaintiff's Notice of Dismissal, the Court hereby dismisses all claims against Defendant with prejudice.

**IT IS SO ORDERED.**

DATED: _____5/1_____, 2018



HON. _____
JUDGE _____ COURT